UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHITE PEARL HOSPITALITY LLC D/B/A
HYATT CENTRIC WALL STREET,

           Plaintiff,

           v.

Hotel and Gaming Trades Council, AFL-CIO
a/k/a New York Hotel & Motel Trades Council,
AFL-CIO,

           Defendant.

24-CV-3022

ORDER

Ronnie Abrams, United States District Judge:

    An initial conference was initially scheduled in this matter for this Friday, June 21, 2024. However, because Defendant has not yet been served or entered a notice of appearance, the conference is hereby adjourned to July 26, 2024 at 12:30 p.m. A joint letter and proposed case management plan and scheduling order, as described in the Court's April 23, 2024 order, are due by July 19, 2024.

SO ORDERED.

Dated:   June 17, 2024
           New York, New York

                                          Ronnie Abrams
                                          United States District Judge