UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHITE PEARL HOSPITALITY LLC D/B/A
HYATT CENTRIC WALL STREET,

                Plaintiff,

                v.

Hotel and Gaming Trades Council, AFL-CIO
a/k/a New York Hotel & Motel Trades Council,
AFL-CIO,

                Defendant.

24-CV-3022

ORDER

Ronnie Abrams, United States District Judge:

An initial conference was initially scheduled in this matter for this Friday, July 26, 2024. However, because Defendant has not yet been served or entered a notice of appearance, the conference is hereby adjourned *sine die*.

The Complaint in this case was filed on April 21, 2024. Under Federal Rule of Civil Procedure 4(m), a complaint must be served within 90 days of the commencement of the action. Fed. R. Civ. P. 4(m). If Defendant is not served by today, July 22, 2024, Plaintiff shall submit by July 29, 2024 a letter indicating why the Court should not dismiss the action without prejudice consistent with Rule 4(m).

SO ORDERED.

Dated:   July 22, 2024
          New York, New York

                          Ronnie Abrams
                          United States District Judge