UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WHITE PEARL HOSPITALITY LLC d/b/a Hyatt Centric Wall Street New York,

        Plaintiff,

v.

HOTEL AND GAMING TRADES COUNCIL, AFL/CIO a/k/a New York Hotel & Motel Trades Council, AFL-CIO,

        Defendant.

No. 24-cv-3022 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On March 31, 2025, the Court granted the motion to withdraw filed by counsel for Plaintiff White Pearl Hospitality LLC. Because this left White Pearl without any representation, the Court ordered White Pearl to notify the Court by April 7, 2025 whether it had secured representation, or else the action could be dismissed. To date, White Pearl has not filed any response. It shall do so no later than April 21, 2025. Failure to file a response or secure new counsel will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 14, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge