**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WHITE PEARL HOSPITALITY LLC d/b/a Hyatt Centric Wall Street New York,

                Plaintiff,

-against-                              24 **CIVIL** 3022 (RA)

**JUDGMENT**

HOTEL & GAMING TRADES COUNCIL, AFL-CIO a/k/a New York Hotel & Motel Trades Council, AFL-CIO,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 5, 2025, the Union's motion to dismiss the complaint is granted, and its motion to confirm the Awards is granted. White Pearl's cross-motion to vacate the Awards is denied. Accordingly, the case is closed.

**Dated:** New York, New York
      September 8, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                     **BY:**

                                                        **Deputy Clerk**